JH

FILED
OCT 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

THE ESTATE OF STANLEY ZURAWSKI, by and )
through his Administrator and Representative, )
DEBRA ALAVI, )
                                   Plaintiff, )
v. )

07CV 6133
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ

MANORCARE HEALTH SERVICES, INC., d/b/ )     JURY DEMAND
MANORCARE AT WESTMONT AND SUNRISE )
SENIOR LIVING SERVICES, INC., d/b/a )
BRIGHTON GARDENS OF BURR RIDGE, )
)
                              Defendants. )

## NOTICE OF FILING

TO:    Mark W. Rigazio
        Rigazio Law Office
        220 West Main Street, Suite 302
        P.O. Box 40
        Morris, IL 60450

      **PLEASE TAKE NOTICE** that on the 30th day of October, 2007 there was filed in the office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division: Defendant's, **Appearance and Jury Demand and FRCP 7.1 Disclosure Statement** copies of which are attached hereto and herewith served upon you.

                                         McVEY & PARSKY, LLC

                BY:    _/s/ Daniel P. Kramer_
                                         Daniel P. Kramer (6289979)
                                         Attorney for Defendant, ManorCare Health
                                         Services, Inc.

McVEY & PARSKY, LLC
30 North LaSalle Street, Suite 2100
Chicago, IL 60602
Phone: 312/551-2130
Fax:    312/551-2131

## AFFIDAVIT OF MAILING

I, Michelle Merkel, a non-attorney, on oath state: I served this Notice and aforementioned documents by mailing copies by depositing same in the U.S. Mail at 30 North LaSalle Street, Suite 2100, Chicago, Illinois 60602, with proper postage prepaid this 30th day of October, 2007, to the attorney(s) as listed below:

Mark W. Rigazio
Rigazio Law Office
220 West Main Street, Suite 302
P.O. Box 40
Morris, IL  60450

_Michelle L. Merkel_
Michelle Merkel

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

The Estate of Stanely Zurawski, by and through his Administrator and Representative, Debra Alavi
-vs-
ManorCare Health Services, Inc., d/b/a ManorCare at Westmont, et al

07CV 6133
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MANORCARE HEALTH SERVICES, INC.

JURY DEMAND

| | |
|---|---|
| **NAME** (Type or print) Daniel P. Kramer | dpk@mcveyparsky-law.com |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ [signature] | FILED OCT 3 0 2007 OCT. 30, 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| **FIRM** McVey & Parsky, LLC | |
| **STREET ADDRESS** 30 N. LaSalle Street, Suite 2100 | |
| **CITY/STATE/ZIP** Chicago, IL 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 6289979 | **TELEPHONE NUMBER** (312) 551-2130 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |