## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

The Estate of Stanely Zurawski, by and through his Administrator and Representative, Debra Alavi
-vs-
ManorCare Health Services, Inc., d/b/a ManorCare at Westmont, et al

07CV 6133
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MANORCARE HEALTH SERVICES, INC.

JURY DEMAND

| | |
|---|---|
| NAME (Type or print)<br>D. Timothy McVey | dtm@mcveyparsky-law.com |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/

FIRM
McVey & Parsky, LLC

FILED
OCT 3 0 2007
Oct. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STREET ADDRESS
30 N. LaSalle Street, Suite 2100

CITY/STATE/ZIP
Chicago, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6182134 | TELEPHONE NUMBER<br>(312) 551-2130 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐