IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FILED
OCT 30 2007
OCT 3 0 2007 NF
MICHAEL W. DOBBINS   JH
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| THE ESTATE OF STANLEY ZURAWSKI, by and through his Administrator and Representative, DEBRA ALAVI,<br><br>      Plaintiff,<br><br>v.<br><br>MANORCARE HEALTH SERVICES, INC., d/b/ MANORCARE AT WESTMONT AND SUNRISE SENIOR LIVING SERVICES, INC., d/b/a BRIGHTON GARDENS OF BURR RIDGE,<br><br>      Defendants. | Case No.<br><br>JURY DEMAND<br><br>07CV 6133<br>JUDGE DARRAH<br>MAGISTRATE JUDGE VALDEZ |

**FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1, MANORCARE HEALTH SERVICES, INC. ("MANORCARE") states that Manor Care of America, Inc. owns 100% of MANORCARE's stock.

            Respectfully Submitted,

            MANORCARE HEALTH SERVICES, INC.

            _/s/ Daniel P. Kramer_____
            Daniel P. Kramer
            Attorney No. 6289979
            Attorney for Defendant

McVey & Parsky, LLC
30 N. LaSalle St.
Suite 2100
Chicago, IL 60602
Phone: (312) 551-2130
Fax: (312) 551-2131
Email: dpk@mcveyparsky-law.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: **Mark W. Rigazio, Rigazio Law Office, 220 West Main Street, Suite 302, P.O. Box 40, Morris, Illinois 60450**, by regular mail on October 30, 2007.

McVEY & PARSKY, LLC
Attorney for Defendant
30 North LaSalle Street
Suite 2100
Chicago, IL  60602
Tel: (312) 551-2130
Fax: (312) 551-2131

By: _____
Daniel P. Kramer
Illinois Bar #6289979